1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH A. SMITH,

11            Plaintiff,              No. CIV S-10-2560 MCE DAD PS

12       vs.

13   SACRAMENTO SHERIFF
     DEPARTMENT, et al.,

14
             Defendants.          FINDINGS AND RECOMMENDATIONS
15   _____/

16          By order signed May 17, 2011, plaintiff's pro se complaint was dismissed with

17   leave to file an amended complaint that cured the defects noted in that order.  Plaintiff was

18   granted thirty days from the date of the order to file an amended complaint and was cautioned

19   that failure to respond to the court's order in a timely manner may result in a recommendation

20   that this action be dismissed.  The thirty-day period has expired, and plaintiff has not responded

21   to the court's order in any manner.

22          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

23   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

24          These findings and recommendations will be submitted to the United States

25   District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

26   fourteen days after being served with these findings and recommendations, plaintiff may file

1  written objections with the court.  A document containing objections should be titled "Objections

2  to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

3  objections within the specified time may waive the right to appeal the District Court's order.  See

4  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5  DATED: June 23, 2011.

6

7  _____

8  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

9  DAD:kw
   Ddad1\orders.pro se\smith2560.fta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26